**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONNA DEITRICK, | : | Civil No. 4:06-CV-1556 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | (Magistrate Judge Arbuckle) |
| v. | : | |
| | : | |
| MARK A. COSTA, *et al.*, | : | |
| | : | |
| Defendants, | : | |

## **ORDER**

On November 4, 2014, this Court held a hearing to advise Plaintiff on how to proceed *pro se*. At the hearing, the outstanding matters in the case were discussed and new deadlines were established. The parties are hereby ordered that any objections or opposition materials are to be filed in accordance with following timetable:

[Schedule of new deadlines is set forth on the next page.]

| Doc. (date) | Motion | Response | Deadline |
|---|---|---|---|
| 362 (10/2/14) | R&R (Acri MSJ) | Objections | 2/2/2015 |
| 367 (10/16/14) | R&R (T. Yoncuski MSJ) | Objections | 2/2/2015 |
| 372 (10/21/14) | R&R (Balascik MSJ) | Objections | 2/2/2015 |
| 376 (10/28/14) | R&R (Long *et al.* MSJ) | Objections | 2/2/2015 |
| TBD | Upcoming R&R (Mot. to Dismiss, doc. 258) | Objections | 2/2/2015 |
| 342 (8/2/13) | Mot. to Exclude | Pl.'s Opposition | 2/2/2015 |
| 267 (2/22/13) | Mot. for Sanctions (Disc.) | N/A |  |
| 331 (7/15/13) | Mot. for Sanctions (Rule 11) | Pl.'s Opposition | 2/2/2015 |

The parties are advised to consult the concurrently filed memorandum for a more detailed discussion of the above motions and deadlines.

**SO ORDERED.**

*s/William I. Arbuckle, III*
William I. Arbuckle, III
United States Magistrate Judge

Dated: Nov. 4, 2014