IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA DEITRICK, | : | Civil Action No. 4:06-CV-01556 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| MARK A. COSTA, et al., | : | (Magistrate Judge Arbuckle) |
| Defendants. | : | |

## ORDER

April 9, 2015

**BACKGROUND:**

The undersigned has given full and independent consideration to the October 16, 2014 report and recommendation of Magistrate Judge William I. Arbuckle, III. (ECF No. 367). No objections have been filed.

Because this Court agrees with Magistrate Judge Arbuckle's thorough analysis the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge William I. Arbuckle, III's October 16, 2014 Report and Recommendation is ADOPTED in full.  (ECF No. 367).

2. Defendant Thomas Yoncuski's October 9, 2012 Motion for Summary Judgment (ECF No. 197) is GRANTED in part and DENIED in part in conformity with the report and recommendation.  (ECF No. 367).

3. The action is remanded to Magistrate Judge Arbuckle for further proceedings.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge