IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA DEITRICK, | : | Civil Action No. 4:06-CV-01556 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| MARK A. COSTA, et al., | : | (Magistrate Judge Arbuckle) |
| Defendants. | : | |

# ORDER

April 9, 2015

**BACKGROUND:**

The undersigned has given full and independent consideration to the thorough October 21, 2014 report and recommendation of Magistrate Judge William I. Arbuckle, III. No objections have been filed.

Because this Court agrees with Magistrate Judge Arbuckle's thorough and well-reasoned analysis the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge William I. Arbuckle III's Report and Recommendation (ECF No. 372) is ADOPTED in full.

2. Defendant Kevin Balascik's Motion for Summary Judgment is GRANTED.

3. Final Judgment is entered in favor of Defendant Balascik and against Plaintiff.

4. The clerk is directed to terminate Kevin Balascik as a named Defendant.

                                        s/ Matthew W. Brann
                                        Matthew W. Brann
                                        United States District Judge