IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA DEITRICK, | : | Civil Action No. 4:06-CV-01556 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| MARK A. COSTA, et al., | : | (Magistrate Judge Arbuckle) |
| Defendants. | : | |

**ORDER**

April 9, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge William I. Arbuckle III's Report and Recommendation (ECF No. 362) is ADOPTED in full.

2. Defendant Jane Acri's Motion for Summary Judgment is GRANTED.

3. Final Judgment is entered in favor of Defendant Acri and against Plaintiff.

4. The clerk is directed to terminate Jane Acri as a named Defendant.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1