IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA DEITRICK, | : | Civil Action No. 4:06-CV-01556 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| MARK A. COSTA, et al., | : | (Magistrate Judge Arbuckle) |
| Defendants. | : | |

# ORDER
August 18, 2015

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff Donna Deitrick's Motion for the Entrance of Final Judgment Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure (ECF No. 436) is **DENIED**.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge