UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA DEITRICK, | ) | CIVIL ACTION NO. 4:06-CV-1556 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| MARK A. COSTA, *et al.*, | ) | |
| Defendants | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that Defendant Costa and Miner's Motion to Bifurcate (Doc. 503) is GRANTED as follows:

(1) Counts I (against Costa and Miner) and V (against Costa, Miner, R. Yoncuski and V. Long) are severed from the trial scheduled to begin on Monday, September 16, 2019.

(2) Counsel for the Plaintiff, and for Defendants Costa, Miner, R. Yoncuski, and Vanessa Long (Youncuski) will participate in a Conference Call with the Court on **Friday, July 12, 2019 at 1:30** to set any necessary pre-trial deadlines and a trial date in October for Counts One and Five. Counsel for Defendants Costa and Miner will initiate the call to chambers at (570) 323-9881 when all counsel are on the line.

Date: July 3, 2019

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge