IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA DEITRICK | ) | Civil No.: 4:06-CV-1556 |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | (Magistrate Judge Arbuckle) |
| | ) | |
| MARK A. COSTA, *et-al* | ) | |
|     Defendants | ) | |

**ORDER**

**IT IS HEREBY ORDERED THAT Defendant's Joint Motion in Limine to Preclude Any Further Testimony or Evidence on the Value of the Contents of the Safe (Doc. 528) is DENIED.**

Date: August 19, 2019

BY THE COURT
*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge